UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00663-FDW-DCK

| | |
|---|---|
| PATSY CHRISTOPHER,<br><br>　　Plaintiff,<br><br>vs.<br><br>UNITED ATLANTIC PUBLIC ADJUSTERS, LLC, RESTORATION CONTRACTORS OF AMERICA, INC., and NATIONWIDE MUTUAL FIRE INSURANCE CO.,<br><br>　　Defendants. | ORDER |

THIS MATTER is before the Court on the parties' Consent Motion for Remand (Doc. No. 6). The issue has been briefed and it is ripe for disposition.

On December 4, 2019, this action was removed to this Court from the Superior Court of Gaston County, North Carolina, invoking the Court's diversity jurisdiction. The parties have now filed a Consent Motion for Remand and requested Remand back to the Superior Court of Gaston County, North Carolina.

## **CONCLUSION**

IT IS, THEREFORE, ORDERED that the parties' Consent Motion for Remand is GRANTED with direction to the Clerk to mail a certified copy of this Order of Remand to the Clerk of Court of Gaston County, North Carolina. The State Court may thereupon proceed with this case. The Clerk of Court is directed to close this case.

SO ORDERED.　　　　Signed: December 23, 2019

Frank D. Whitney
Chief United States District Judge