# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Patsy Christopher, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00663-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Restoration Contractors of America, Inc. | ) | |
| United Atlantic Public Adjusters, LLC | | |
| Nationwide Mutual Fire Insurance Company, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 23, 2019 Order.

December 23, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court